THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD PADILLA, Appellant. [940 NYS2d 516]

Concur—Tom, J.P., Andrias, Catterson, Richter and Abdus-Salaam, JJ.